**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**EVANSVILLE DIVISION**

| | |
|---|---|
| **LOUIS A. SCARPELLINI,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CAUSE NO. 3:16-CV-215-RLY-MPB |
| | ) |
| **VINCENNES UNIVERSITY,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff, Louis A. Scarpellini, and Defendant, Vincennes University, have filed their *Joint Stipulation of Dismissal* seeking dismissal of this matter with prejudice. The Court has examined the Stipulation, been duly advised, and now finds that the matter should be dismissed.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that this matter is dismissed with prejudice.  Each party shall bear its own costs.

So ORDERED this 19th  day of September, 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.